# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

132657

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

HOMER LAVERN TAYLOR,
      Defendant-Appellant.

SC: 132657
COA: 272799
Oakland CC: 05-203731-FH

_____/

      On order of the Court, the application for leave to appeal the October 25, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

                                 Clerk

p0319